FILED
2011 Apr-19 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ANA CYPHERS,<br><br>Plaintiffs,<br><br>v.<br><br>EMERALD MARKETING GROUP, LLC,<br><br>Defendant. | -<br>-<br>-<br>-<br>-<br>-<br>-<br>-<br>-<br>- | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY |

ANA CYPHERS ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against EMERALD MARKETING GROUP, LLC ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant regularly conducts business in the state of Alabama and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Birmingham, Jefferson County, Alabama.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a limited liability company located in Henderson, Nevada.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Beginning in February of 2011, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for the alleged debt.

13. Defendant threatened to file a lawsuit against Plaintiff if she did not call Defendant back immediately. Plaintiff did not call Defendant back and to date no lawsuit has been filed against the Plaintiff.

14. Defendant threatened to garnish Plaintiff’s wages if she did not call Defendant back immediately. Plaintiff did not call Defendant back and to date no lawsuit has been filed against the Plaintiff.

15. Defendant left multiple voicemail messages for the Plaintiff that threaten legal action and none of which the Defendant identified itself as a debt collector or that the message was regarding the collection of a debt. See Exhibit “A” attached hereto.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

15. Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

b. Defendant violated *§1692d(5)* of the FDCPA by causing the telephone to ring or engaged any person in telephone conversations repeatedly;

c. Defendant violated *§1692e* of the FDCPA by leaving voicemail messages that threaten lawsuits and wage garnishment, fail to identify the name of the Defendant or that it's a debt collector calling about the collection of a debt;

d. Defendant violated *§1692e(4)* of the FDCPA by threatening wage garnishment if immediate payment was not made despite the fact that Defendant has not and does not intend to carry out such action;

e. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so; and

f. Defendant violated *§1692e(11)* of the FDCPA by leaving voicemail messages for the Plaintiff that fail to disclose the communication is from a debt collector regarding the collection of a debt.

WHEREFORE, Plaintiff, ANA CYPHERS, respectfully requests judgment be entered against Defendant, EMERALD MARKETING GROUP, LLC, for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: April 19, 2011

By: /s/ M. BrandonWalker

M. Brandon Walker, Esq.
Walker, McMullan
242 West Valley Avenue Suite 312
Birmingham, AL 35209

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ANA CYPHERS, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ALABAMA)

Plaintiff, ANA CYPHERS, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ANA CYPHERS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

4/6/2011
Date

[signature]
ANA CYPHERS

# EXHIBIT "A"

Hi, this is Leah Beck with EMG & Associates. I am contacting you in regards to a Covenant Bank check in your account under your social security number _____ report. My direct line is 1-800-370-7706. Please also refer to case number 90572-1410.

January 19th, 9:01 a.m.

Hi, this message is for Ana Cyphers. I name is Alvi Nelson. I a calling to notify you of the release of the court order to Jefferson County. Ms. Cyphers, you are being held accountable at check charges from Covenant Bank and you will be expected in court upon the release of your judgment. Your garnishment will be completed and sent to your employer to fill a lawsuit in the amount of $1946. It will be in your best interest to contact me as soon as you receive this message to avoid release of the _____. I can be reached at 1-866-358-4608, extension 0130.

February 17th, 9:37 a.m.

Good morning Ana, my name is Mr. Myers and I am with EMG. My company is pursuing against you and your husband Bill Cyphers concerning the lawsuit that will be filed in the court on February 21st, 2011 in your state county. Also your paper work will be going to your payroll department. If you want to handle this Ana, I need Ana and Bill to contact me immediately. My direct number is 702-508-8470. My name again is Mr. Myers. This call is for Ana and Bill. Your case number is 201190572-Albama. I need to hear back from you immediately.

March 3rd, 9:16 a.m.

This message is for Ana Cyphers. My name is Jennifer Perez. _____ release of a court order scheduled to release I the State of Alabama about check charges _____. At this time, I am giving you a final opportunity to resolve this on a voluntary basis, but you must return my call immediately at 1-866-358-4608, extension 0100. Thank you.

March 10th, 8:20 a.m.

This is Brad Kelly. I have an immediate message for Ana Cyphers. It is crucial that you contact my office immediately. Failure to contact my office will result in my inability to aid you in this matter. _____ party that is requesting complete contractual enforcement. If your cooperation is not rendered within 24 hours, immediate hold release will occur and the opportunity to reach a mutual agreement will expire resulting in

our inability to negotiate. It is in your best interest to contact my office immediately at 1-866-358-4608. My extension is 0113.

March 17th, 8:55 a.m.

This message is for Ms. Ana Cyphers. If you are not Ana Cyphers, please do not listen to this message. This is a documented communication from a debt collector regarding your delinquent account. Your account _____ of Florida. Contact Ashley Randolph. My number is 1-866-679-4046. My extension is 235.