FILED
2011 Aug-01 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANA CYPHERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:11-cv-01325-JHH** |
| **EMERALD MARKETING GROUP,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ana Cyphers ("Plaintiff") and defendant Emerald Marketing Group, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of Plaintiff's claims against Defendant, with prejudice, with each party to bear their own fees, costs and expenses.

Respectfully submitted,

*s/ M. Brandon Walker*
M. Brandon Walker

Attorney for Plaintiff
ANA CYPHERS

**OFFICE:**
Walker, McMullan
242 West Valley Ave., Ste. 312
Birmingham, AL 35209

**OF COUNSEL TO:**
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025

*s/ Zachary D. Miller*
David A. Elliott (ELL027)
Zachary D. Miller (MIL135)

Attorneys for Defendant
EMERALD MARKETING GROUP, LLC

**OF COUNSEL:**
BURR & FORMAN, LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
Phone: (205) 251-3000
Fax: (205) 244-5631
delliott@burr.com
zmiller@burr.com