FILED
2011 Aug-02 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANA CYPHERS,** | ) | |
| **PLAINTIFF,** | ) | |
| **VS.** | ) | **2:11-cv-1325-JHH** |
| **EMERALD MARKETING GROUP, LLC.,** | ) | |
| **DEFENDANT.** | ) | |

**ORDER OF DISMISSAL**

The parties have made known to the court that they have resolved all the issues embraced in this action by the filing on August 1, 2011 of a joint stipulation of dismissal (doc #8). This order is entered to implement such resolution. Accordingly, the joint stipulation of dismissal is **APPROVED**, and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice . Each party to bear its own fees, costs and expenses.

**DONE** this the 2nd day of August, 2011.

James H. Hancock

SENIOR UNITED STATES DISTRICT JUDGE